# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALBERTA ROSE JOSEPHINE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-979-J |
| ) | |
| SHANDA L. ADAMS and ) | |
| RICK DANE MOORE, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Opinion and Order filed separately this same date, Plaintiff's Complaint is dismissed with prejudice.

ENTERED this 15th day of January, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE